# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Todd K. Huber  aka Todd Huber         CHAPTER 13

            Debtor(s)         BKY. NO. 19-15258 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                                               Respectfully submitted,
                                                               **/s/ Rebecca A. Solarz Esquire**
                                                               Rebecca A Solarz, Esquire
                                                               Kevin G. McDonald, Esquire
                                                               KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 627-1322